UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-03753-SPG-SHK | Date | October 22, 2025 |
| Title | Isidro J. Armenta v. City of Los Angeles et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO DISMISSAL FOR FAILURE TO PROSECUTE**

  Plaintiff Isidro Armenta filed this action in June 2022, alleging claims under 42 U.S.C. § 1983 and state law causes of action. *See generally* (ECF No. 1). In October 2023, the Court set a June 2024 trial date. *See* (ECF No. 37). However, Plaintiff failed to file any required trial filings. On June 26, 2024, the Court held a status conference to discuss the case schedule with the parties. *See* (ECF No. 74). After hearing from the parties, the Court referred the case to ADR and directed the parties to meet and confer about a new trial date. *See* (*id.* at 16, 24-25). The parties were unable to resolve their dispute through ADR, *see* (ECF No. 76), and have yet to propose new trial dates. Neither party has filed any documents in this action since March 2025. *See* (ECF Nos. 78, 79).

  Therefore, the Court, on its own motion, issues to Plaintiff this Order to Show Cause why this action should not be dismissed for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626 (1962). Failure to respond in writing within ten (10) calendar days from the date of this Order will be deemed consent to the dismissal of this action.

  **IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | pg |